UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLEANN KELLY HARVICK, | No. 2:12-cv-03077-MCE-CKD |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| AMERICAN HOME MORTGAGE SERVICING, INC., et al., | |
| Defendants. | |

    Plaintiff Caroleann Kelly Harvick ("Plaintiff") brought this action against Defendants American Home Mortgage Servicing, Inc., Option One Mortgage Company, U.S. Bank National Association, and Asset Backed Securities Corporation Home Equity Loan Trust ("Defendants") seeking redress for a litany of statutory and common law violations which allegedly occurred prior to and during the foreclosure proceedings on Plaintiff's property.  On February 13, 2013, Defendants filed a Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 8.)

///

///

///

On June 27, 2013,[1] the Court issued an Order dismissing, with leave to amend, Plaintiff's federal claims under the Truth in Lending Act and the Fair Debt Collection Practices Act, and declining to exercise jurisdiction over Plaintiff's remaining state law claims until and unless Plaintiff can assert a viable federal claim or demonstrate diversity jurisdiction. (ECF No. 16.)  The Court directed Plaintiff to file an amended pleading within twenty days. (Id. at 12.)  The Court explicitly warned Plaintiff that her failure to file an amended complaint in a timely manner will result in the dismissal of this action with prejudice without further notice to Plaintiff.  To date, Plaintiff has not filed an amended complaint or any other response to the Court's prior Order.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may dismiss an action for plaintiff's failure to prosecute or comply with the court's orders.  Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  To date, Plaintiff has had ample time to file an amended pleading and has not done so, despite having been warned of the consequences.  Accordingly, pursuant to the Court's June 27, 2013 Order, this action will be DISMISSED WITH PREJUDICE.  The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 23, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Order was signed on June 25, 2013, and docketed on June 27, 2013.